# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   David Sasser                          **Docket Number:**   1:14CR00260-01 LJO

**Name of Judicial Officer**:   Honorable Lawrence J. O'Neill

**Date of Original Sentence:**   1/11/2011

**Original Offense:** 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm  (CLASS C FELONY)

**Original Sentence:** 24 months BOP; 36 months Supervised Release; $100 Special Assessment; Mandatory drug testing (Central District of California Docket No.: SACR 09-00216-CJC)

**Special Conditions:**   1) Financial disclosure; 2) Banking account restrictions; 3) Asset transfer restrictions

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   6/20/2012

**Other Court Actions:**

| | |
|---|---|
| 05/14/2012 | Court orders modification of supervised release to include placement in a Residential Drug Treatment Program. |
| 12/05/2014 | Transfer of jurisdiction accepted by the Eastern District of California. |

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

**Justification:**  The offender was sentenced in 2011 in the Central District of California.  No search condition is ordered.  Recently, the case was transferred to the Eastern District of California.  The above requested modifications would bring his conditions up-to-date with the Eastern District of California's current supervision practices.  The offender has signed a Probation 49 - Waiver, agreeing to this modification.

Respectfully submitted,

**/s/ Megan Pascual**

**Megan Pascual**
**United States Probation Officer**
Telephone:

**DATED:** 12/5/2014

Reviewed by,

**/s/ Hubert Alvarez, SUSPO for**

**Tim Mechem**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:   December 5, 2014

SENIOR  DISTRICT  JUDGE