

FILED

DEC 17 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　)　　　No. 1:14-CR-00260 LJO
　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　)　　　ORDER OF RELEASE
　　　　　　　　　　　　　　　　)
DAVID SASSER,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　)
_____)

A bail review hearing was held December 17, 2014. The defendant shall be released with the same previously ordered conditions of supervised release issued on June 20, 2012, *in addition to conditions stated on the record, incorporated herein.*

The defendant shall report to the Fresno Probation Office on Thursday, December 18, 2014 at 9:00am.

Disposition Sentence set for January 26, 2015 at 8:30am. before Judge O'Neill.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: December 17, 2014

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE